## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JESSE L. MCCURLEY**                                                    **PLAINTIFF**
**#50825**

**v.**                                   **Case No. 4:23-cv-01173-KGB**

**SAM EASTMAN, Attorney, Public**
**Defender's Office and LEE D. SHORT,**
**Attorney, Short Law Firm**                                             **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Jesse L. McCurley's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is

denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal in

this action is considered frivolous and not in good faith.

It is so adjudged this 8th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge